| | |
|---|---|
| 1 | NICHOLAS B. WARANOFF (BAR NO. 060155)<br>MARK J. SEIFERT (BAR NO. 217054) |
| 2 | ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor<br>San Francisco, CA  94111-4074 |
| 4 | Phone:  (415) 837-1515<br>Fax:  (415) 837-1516 |
| 5 | E-Mail: nwaranoff@allenmatkins.com<br>           mseifert@allenmatkins.com |
| 6 | |
| 7 | Attorneys for Petitioner<br>SHANE C. ALBERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE C. ALBERS,<br><br>           Petitioner,<br><br>     vs.<br><br>PMP ACCESS FUND MANAGER, LLC, a Delaware limited liability company,<br><br>           Respondent. | Case No. 5:10-CV-1054-JF<br><br>ORDER RELATING CASES<br>(CIVIL L.R. 3-12) |

Shane C. Albers ("Albers") has submitted an Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12).  Good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following case be RELATED to the present case: *PMP Access Fund Manager, LLC v. Shane C. Albers*, Case No. 3:10-CV-1057-JL.

   IT IS SO ORDERED.

Dated:  3-23-2010

Hon. Jeremy Fogel
Judge of the United States District Court