NICHOLAS B. WARANOFF (BAR NO. 060155)
MARK J. SEIFERT (BAR NO. 217054)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail: nwaranoff@allenmatkins.com
        mseifert@allenmatkins.com

Attorneys for Petitioner
SHANE C. ALBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE C. ALBERS,<br><br>            Petitioner,<br><br>    vs.<br><br>PMP ACCESS FUND MANAGER, LLC, a Delaware limited liability company,<br><br>            Respondent. | Case No. 5:10-CV-1054-JF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5)<br><br>Date: _____, 2010<br>Time: _____<br>Ctrm: _____ |

Shane C. Albers ("Albers") has submitted an Administrative Motion to File Documents Under Seal in this matter.  Good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following documents submitted by Albers in support of his Petition to Vacate Contractual Arbitration Award be filed under seal:

1.   Confidential (i.e., unredacted) version of Albers' Memorandum of Points and Authorities in Support of Petition to Vacate Contractual Arbitration Award.

2.   Confidential arbitration and related documents, attached as **Exhibits A through L, O, and P** to the Declaration of Mark J. Seifert in Support of Albers' Petition to Vacate Contractual Arbitration Award.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

778674.02/SF

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO
FILE UNDER SEAL (CIVIL L.R. 79-5)

The Court finds that compelling reasons exist for filing under seal. There is an overriding interest in sealing the documents at issue because many of them contain extensive discussion of Albers' personal financial information, as well as financial information concerning his business.

In addition, the parties agreed that their dealings under the purported agreement between Albers and Access Fund as well as the arbitration proceedings would be kept confidential. Indeed, one of the primary benefits of arbitration is the fact that the proceedings may be kept confidential. In a proceeding to confirm or vacate an arbitration award such as the present proceeding, there is a heightened interest in maintaining confidentiality, which in turn further facilitates the use of arbitration.

Thus, the overriding interest in protecting Albers' personal and business financial information supports sealing the confidential documents at issue. In fact, a substantial probability exists that this overriding interest will be prejudiced if the records are not sealed because this information would then become public, thus revealing substantial information about Albers' personal finances as well as the finances of his company. This would cause irreparable harm to Albers and his company.

Similarly, the City National Bank arbitration demand and the various letters among the parties (and non-parties) contain confidential financial information and will be sealed.

The proposed sealing is also narrowly tailored and no less restrictive means exist to achieve the overriding interest because Albers seeks to seal only those documents (or portions of documents) that Albers knows or believes contain confidential business or personal financial information or personally identifying information.

IT IS SO ORDERED.

Dated: 3/22/10

_____
Hon.
Judge of the United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

778674.02/SF

-2-
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5)