**E-Filed 6/16/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SHANE C. ALBERS, | Case Number CV 10-1054 JF (HRL) |
| Plaintiff, | JUDGMENT |
| v. | [re: docket no. 38] |
| PMP ACCESS FUND MANAGER, LLC, | |
| Defendant. | |

Defendant's motion to dismiss having been granted, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits without prejudice.

Case Number CV 10-1054 JF (HRL)
JUDGMENT
(JFLC1)

1 | **IT IS SO ORDERED.**

2 | Dated: June 16, 2010

_____
JEREMY FOGEL
United States District Judge

Case Number CV 10-1054 JF (HRL)
JUDGMENT
(JFLC1)

2